IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MELVIN L. PERKINS, #43166                                              PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:19-cv-156-HSO-JCG

RUSSELL HOUSTON, CID Investigator                                      DEFENDANT

## ORDER

This matter is before the Court on Plaintiff's unsigned Motion [6] for Jury Trial. The Court granted Plaintiff's request for a jury trial as set forth in his Complaint [1]. *See* Order [15]. Plaintiff's signed Motion [6] therefore will be denied as moot. Accordingly, it is hereby,

ORDERED AND ADJUDGED that the Plaintiff's unsigned Motion [6] for Jury Trial is denied as moot.

THIS the 22nd day of July, 2019.

                                           *s/ John C. Gargiulo*
                                           UNITED STATES MAGISTRATE JUDGE