IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MELVIN L. PERKINS, #43166                                                         PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:19-cv-156-HSO-JCG

JOHN DOE, CID Investigations                                                    DEFENDANT

ORDER DIRECTING CLERK TO EDIT NAME OF JOHN DOE DEFENDANT

This matter comes before the Court on Plaintiff's Response [11] filed June 20, 2019, to the Court's Order to Show Cause [10] entered on June 6, 2019. In his Response [11], Plaintiff identifies Defendant John Doe, CID Investigations, as Russell Houston. Pl.'s Resp. [11] at 2. The Clerk therefore will be directed to edit the docket to reflect that Defendant John Doe is Russell Houston. Accordingly, it is

ORDERED that the Clerk is directed to edit the docket to reflect that Defendant John Doe is Russell Houston, CID Investigator. *See* Pl.'s Resp. [11] at 2.

This the 22nd day of July, 2019.

                                                *s/ John C. Gargiulo*
                                                UNITED STATES MAGISTRATE JUDGE