IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MELVIN L. PERKINS, #43166                                                                    PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 1:19-cv-156-HSO-JCG

RUSSELL HOUSTON, CID Investigator                                                         DEFENDANT

ORDER

*Pro se* Plaintiff Melvin L. Perkins, #43166, an inmate currently incarcerated at the Wilkinson County Correctional Facility, Woodville, Mississippi, brings this Complaint pursuant to 42 U.S.C. § 1983 challenging the conditions of his confinement at South Mississippi Correctional Facility, Leakesville, Mississippi. The Defendant is Houston Russell, CID Investigator. *See* Order [18]. Plaintiff is proceeding *in forma pauperis*. *See* Order [7]. After liberal review of Plaintiff's Complaint [1] and Plaintiff's Response [11, 12], it is hereby,

ORDERED:

1. That the Clerk of Court is directed to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* for Defendant Russell Houston, CID Investigator. The Clerk is directed to attach a copy of the Complaint [1], a copy of the Order [9] entered April 30, 2019, a copy of Plaintiff's Responses [11, 12] filed on June 20, 2019, a copy of the Court's Order [18] entered July 22, 2019, and a copy of this Order to the *Notice* and accompanying *Waiver of the Service of Summons* form and send via first class mail to **Janice G. Stancil for MDOC**, **633 North State Street, Jackson, MS 39202** for Defendant Russell Houston. The Defendant is directed to file a signed *Waiver* form or a Response, within 30 days.

If counsel is receiving this Order and is unable to execute a *Waiver* for a Defendant because the Defendant is not employed by the entity that counsel represents or because, after due diligence, counsel is unable to identify the Defendant from the *Notice* and Complaint, a Response should be filed. The Response, from counsel, should contain the name of the Defendant and, if previously

employed, by the entity counsel represents, the Response should contain the Defendant's last known address.   If the Response contains a last known address it is directed to be filed under seal.

2. That the Defendants shall file an answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

3. That as provided for in the Federal Rules of Civil Procedure, discovery is stayed until further order of this Court.

4. That subpoenas shall not be issued except by order of the Court.   The Plaintiff shall make all requests for the issuance of subpoenas by formal motion.

Plaintiff should understand that this Order allowing process to issue against the above-named Defendant does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.

**It is Plaintiff's responsibility to prosecute this case.   Failure to advise the Court of a change of address or failure to comply with any Order of the Court will be deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.**

SO ORDERED, this the 22nd day of July, 2019.

      *s/John C. Gargiulo*
      UNITED STATES MAGISTRATE JUDGE